# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIL MONTAZH AMES-CRAIG,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1: 21-cv-00687-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 20) |

On March 18, 2022, the parties filed a stipulation requesting the deadline for Plaintiff to file an opening brief be extended by a period of sixty (60) days.  (ECF No. 20.)  While the Court prefers extensions of thirty (30) days or less, given all of the proffered circumstances, the Court finds good cause to grant the sixty (60) day extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline to file Plaintiff's opening brief is extended by sixty (60) days.

IT IS SO ORDERED.

Dated:   **March 21, 2022**

UNITED STATES MAGISTRATE JUDGE

1