# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIL MONTAZH AMES-CRAIG,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00687-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF<br><br>**THREE DAY DEADLINE** |

On April 26, 2021, Plaintiff Khalil Montazh Ames-Craig filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On March 21, 2022, the Court entered the parties' stipulation that extended the time for Plaintiff to file an opening brief until May 31, 2022. (ECF Nos. 20, 21.) Plaintiff did not file an opening brief by May 31, 2022.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Plaintiff's failure to file an opening brief by May 31, 2022, after being granted multiple extensions of time to do so, constitutes a failure to comply with the Court's orders. Accordingly, Plaintiff will be directed to show cause why they should not be sanctioned for failing to file an opening brief in compliance with the Court's orders.

Based on the foregoing, IT IS HEREBY ORDERED that **within three (3) days of entry of this order**, Plaintiff shall show cause in writing why she should not be sanctioned for failing to comply with the Court's orders and timely submit an opening brief in this matter. Failure to comply with this order will result in the imposition of sanctions including but not limited to dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 1, 2022**

UNITED STATES MAGISTRATE JUDGE