# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIL MONTAZH AMES-CRAIG,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00687-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF Nos. 22, 23) |

On April 26, 2021, Plaintiff Khalil Montazh Ames-Craig filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On March 21, 2022, the Court entered the parties' stipulation that extended the time for Plaintiff to file an opening brief until May 31, 2022. (ECF Nos. 20, 21.) Plaintiff did not file an opening brief by May 31, 2022. Therefore, on June 1, 2022, the Court issued an order requiring Plaintiff to show cause why sanctions should not be imposed for the failure to file an opening brief. (ECF No. 22.)

On the same date, June 1, 2022, Plaintiff filed a response to the order to show cause. (ECF No. 23.) Plaintiff's counsel proffers that the due date was properly calendared, however, counsel intended to request a short extension of time but counsel's office did not properly lodge the request and did not calendar the task in the electronic system. Plaintiff moves the Court for

1

an extension until June 8, 2022, to file her opening brief. Plaintiff's counsel has reached out to Defendant for an agreement on a thirty (30) day extension, however, counsel proffers in the interim she has moved other matters off her immediate calendar in order to file the opening brief within one week. Plaintiff submits that this mistake falls within the standards for excusable neglect, and moves the Court for relief pursuant to Federal Rule of Civil Procedure 6(b)(2).

The Court finds good cause to discharge the order to show cause and grant a short extension of time for Plaintiff to file an opening brief. See Ahanchian v. Xenon Pictures, Inc., 624 F.3d 1253, 1262 (9th Cir. 2010) ("[W]hile a calendaring mistake caused by the failure to apply a clear local rule may be a weak justification for an attorney's delay, we have previously found the identical mistake to be excusable neglect.").

Accordingly, IT IS HEREBY ORDERED that:

1. The June 1, 2022 order to show cause is DISCHARGED;

2. Plaintiff's motion to extend the time to file an opening brief until June 8, 2022 is GRANTED; and

3. Plaintiff shall file an opening brief on or before June 8, 2022.

IT IS SO ORDERED.

Dated: __**June 2, 2022**__

UNITED STATES MAGISTRATE JUDGE