# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIL MONTAZH AMES-CRAIG,<br><br>                Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No.  1:21-cv-00687-SAB<br><br>ORDER GRANTING STIPULATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(D)) AND DENYING MOTION FOR ATTORNEYS' FEES AS MOOT<br><br>(ECF Nos. 30, 31) |

Plaintiff Khalil Montazh Ames-Craig filed the complaint in this action on April 26, 2021. (ECF No. 1.)  On July 5, 2022, pursuant to the parties' stipulation, the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff.  (ECF Nos. 26, 27, 28.)

On October 13, 2022, the parties filed a stipulation for the award of attorney fees and expenses in the amount of $8,500.00 pursuant to the EAJA, and no costs under 28 U.S.C. § 1920. (ECF No. 31.)  The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.  (Id. at 2.)  The parties additionally proffer that the stipulation constitutes a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney may have relating to EAJA attorney fees in connection with this action.  (Id.)  The Court additionally notes Plaintiff previously filed a motion for attorneys' fees

under the EAJA (ECF No. 30); this motion appears moot in light of the instant stipulation.

Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees in the amount of $8,500.00 under the EAJA, 28 U.S.C. § 2412(d). (ECF No. 31.) Plaintiff's motion for attorney's fees under the EAJA (ECF No. 30) is DENIED as MOOT.

IT IS SO ORDERED.

Dated: __October 14, 2022__

UNITED STATES MAGISTRATE JUDGE